IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:15CR184 |
| v. | § | Judge Crone |
| | § | |
| LOUIS E. RICHARDSON, JR. | § | |

## NOTICE OF PLEA AGREEMENT

The government and the defendant, **Louis E. Richardson, Jr.**, have entered into a plea agreement in relation to the pending charges.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

/s/
Marisa J. Miller
Assistant United States Attorney
New York Bar No. 4366415
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Marisa.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic filing to opposing counsel on March 18, 2016.

/s/
Marisa J. Miller