DATE _____4/7/16_____         CASE NUMBER__4:15cr184__MAC/DDB__
LOCATION _Plano_                USA    Marisa Miller _____ Assigned
JUDGE    Don D. Bush            VS          " " _____ Appeared
DEPUTY CLERK_ ~~Toya McEwen~~ Lori Munoz__
COURT REPORTER: Digital Recording_
USPO: _____    LOUIS E RICHARDSON JR__
INTERPRETER:_____    DEFENDANT
BEGIN     10:48____            Ezekiel Tyson Jr, RET
                              ATTORNEY

**FILED**

**APR 14 2016**

Clerk, U.S. District Court
Texas Eastern

- ☑ CHANGE OF PLEA
- ☐ CHANGE OF PLEA without Plea Agreement

---

- ☑ CASE CALLED        ☑ DEFENDANT SWORN      ☐ Interpreter Required.

- ☑ Dft appeared: ☑ with counsel _Ezekiel Tyson, Jr._ and signed Consent to Administration of Guilty Plea
- ☑ Defendant to plea guilty to Count (s) ____One_____ of Indictment
- ☑ AUSA         stated essential elements in the Indictment
- ☑ Defendant acknowledged understanding the essential elements
- ☑ Court   ☐ AUSA  stated range of penalty.
- ☑ Defendant acknowledged satisfaction with representation of counsel
- ☑ Court reviewed rights RE: plea of guilty, jury trial and to appeal.
- ☑ Consent Form entered into the record.
- ☑ Court reviewed Plea agreement with defendant.
- ☑ Plea Agreement entered into the record UNDER SEAL.
- ☑ ~~Court~~ AUSA reviewed ☑ Factual Basis ☐ Statement of Facts with defendant.
- ☑ ☑ Factual Basis ☐ Statement of Facts entered into the record.
- ☑ Addendum entered into the record UNDER SEAL.
- ☐ Defendant is not a citizen of the United States    ☐ Defendant is not a legal permanent resident.
- ☐ Court advised defendant of deportation possibilities.  ☐ Defendant acknowledged understanding deportation possibility.
- ☐ Forfeiture provision explained to Defendant    ☐ Defendant acknowledged understanding forfeiture provision.
- ☑ Court advised defendant of requirement to register as sex offender.  ☑ Defendant acknowledged understanding registration requirement.
- ☑ Defendant entered plea of guilty to **Count** _One of the Indictment_.
- ☑ Court will recommend district court accept plea of guilty
- ☑ Court finds plea is voluntary, knowledgeable and that it has a basis in fact.
- ☐ Defendant remanded to custody of U.S. Marshal.
- ☑ Defendant to remain on Conditions of Release
- ☑ Govt. moved to detain. Court heard testimony from △ and his mother. Court denied motion to detain.

- ☑ Court recessed. _____

                                                          11:02
 _____ Adjourn