ORIGINAL



FILED

APR 14 2016

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:15CR184 |
| v. | § | Judge Crone |
| | § | |
| | § | |
| LOUIS E. RICHARDSON, JR. | § | |

## FACTUAL BASIS

The defendant, **Louis E. Richardson, Jr. (Richardson)**, stipulates and agrees that

the following facts are true and correct:

1.      As charged in Count One of the Indictment, on or about September 16,

2015, in the Eastern District of Texas, **Richardson** did knowingly possess material, and

did knowingly attempt to possess material, specifically a Gateway laptop computer,

bearing serial number LXWZL0200112800E091601, that contained one or more images

of child pornography, which had been shipped and transported using any means and

facility of interstate and foreign commerce, that had been shipped and transported in and

affecting interstate and foreign commerce, by any means, including by computer, and

which was produced using materials which had been mailed, shipped, or transported in or

affecting interstate and foreign commerce, by any means, including by computer.

Specifically, **Richardson** possessed images of child pornography on a computer he

possessed, and through the use of the Internet and various websites.

2.      Included among the images and videos possessed by **Richardson** were the

following:

| FILE NAME | DESCRIPTION |
|---|---|
| Sleep (10).jpg | This image depicts the lewd and lascivious display of a prepubescent female's genitals |

| | from the prepubescent female's knees as she is lying supine on a bed. |
|---|---|
| Sp68.jpg | This image depicts the lewd and lascivious display of a prepubescent female's genitals as the prepubescent female is lying supine on a bed with lavender colored sheets. |
| Sleep(33).jpg | This image depicts the lewd and lascivious display of a prepubescent female's genitals as the prepubescent female is lying supine on a bed with a black and white stuffed animal. |

3. **Richardson** knew that the images and videos he possessed depicted children engaged in sexually explicit conduct and did constitute child pornography. **Richardson** also knew that he possessed, and attempted to possess images and videos of child pornography, including files depicting prepubescent minors.

4. **Richardson** admits that he committed the offense described in the Indictment at his home in Dallas, Texas (Denton County) in the Eastern District of Texas.

5. **Richardson** used the following computer equipment to possess, and attempt to possess the images:

      a. Gateway laptop computer, bearing serial number LXWZL0200112800E091601;

6. **Richardson** admits that the Gateway laptop computer, bearing serial number LXWZL0200112800E091601, including its component parts, was not made in the State of Texas and was therefore transported in interstate and foreign commerce.

## SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT
## LOUIS E. RICHARDSON, JR.

I have read this Factual Basis and have discussed it with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes my acts.

Dated: ___3/17/16___

_____
LOUIS E. RICHARDSON, JR.
Defendant

## SIGNATURE AND ACKNOWLEDGMENT BY ATTORNEY FOR DEFENDANT

I have read this Factual Basis and the Indictment and have reviewed them with my client.  Based upon my discussions with my client, I am satisfied that my client fully understands the Factual Basis.

Dated: ___3-17-16___

_____
EZEKIEL TYSON, JR.
Attorney for the defendant